UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALEXANDER WOLPERT, | No. 2:18-cv-299-KJM-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| DISNEY ABC BROADCAST CORPORATION, NBC CORPORATION, | |
| Defendants. | |

On September 11, 2018, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed September 11, 2018, are ADOPTED;
2. Plaintiff's motions for injunctive relief (ECF No. 3, 4, 5, 6) are denied; and

3. The matter is referred back to the assigned magistrate judge for the further pretrial proceedings.

DATED: September 28, 2019.

_____
UNITED STATES DISTRICT JUDGE