UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALEXANDER WOLPERT,<br><br>Plaintiff,<br><br>v.<br><br>DISNEY ABC BROADCASTING CORPORATION, NBC CORPORATION,<br><br>Defendants. | No.  2:18-cv-299-KJM-EFB PS<br><br><br><br>ORDER |

On August 6, 2020, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections on August 20, 2020, and they were considered by the undersigned.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

This court reviews de novo those portions of the proposed findings of fact to which objection has been made.  28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and

decides the motions on the applicable law.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed August 6, 2020, are adopted; and

2. Plaintiff's second amended complaint (ECF No. 18) is dismissed without leave to amend, and the Clerk is directed to close the case.

DATED:  October 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE